```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16681
   TOM SIHARATH
   CARYL SIHARATH                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-6877     SSN XXX-XX-6866

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 12/17/2006 and was not confirmed.

      The case was dismissed without confirmation 06/20/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------

CAPITAL ONE AUTO FINANCE  SECURED NOT I       .00              .00            .00
HOMECOMINGS FINANCIAL     CURRENT MORTG       .00              .00            .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE       .00              .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         1267.11             .00            .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED           .00            .00
B-LINE LLC                UNSECURED         1171.80            .00            .00
CAPITAL ONE               UNSECURED         1968.00            .00            .00
LVNV FUNDING LLC          UNSECURED          727.13            .00            .00
LIGHTHOUSE FINANCIAL      UNSECURED        NOT FILED           .00            .00
MERRICK BANK              UNSECURED         1481.47            .00            .00
UMA GAVANI                UNSECURED        NOT FILED           .00            .00
DEPARTMENT OF EDUCATION   UNSECURED        NOT FILED           .00            .00
VERIZON WIRELESS          UNSECURED        NOT FILED           .00            .00
ZAIBAK DENTISTRY CENTER   UNSECURED        NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        20036.78            .00            .00
CAPITAL ONE               UNSECURED          609.53            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          668.49            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1731.61            .00            .00
SOLACE FINANCIAL LLC      CURRENT MORTG       .00              .00            .00
SOLACE FINANCIAL LLC      MORTGAGE ARRE     8659.00            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         1131.53            .00            .00
ER SOLUTIONS INC          UNSECURED          787.70            .00            .00
SOLACE FINANCIAL          NOTICE ONLY      NOT FILED           .00            .00
NATIONAL CAPITAL MANAGEM  UNSECURED          474.77            .00            .00
MICHAEL B DEDIO           DEBTOR ATTY         .00                             .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                         2,616.00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              2,616.00

PRIORITY                                      .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 16681 TOM SIHARATH & CARYL SIHARATH
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                   2,616.00
                                        ---------------   ---------------
TOTALS                                         2,616.00          2,616.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 10/25/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```